**Karen C. CHARLAND, Plaintiff—Appellant**

v.

**LITTLE SIX, doing business as Mystic Lake Casino, Inc., a foreign corporation; Mdewakanton Sioux Community, sued as Shakopee Mdewakanton Sioux Community, Defendants—Appellees.**

**No. 00–3397.**

United States Court of Appeals, Eighth Circuit.

Submitted June 13, 2001.

Filed June 27, 2001.

Before MURPHY, HEANEY, and BEAM Circuit Judges.

PER CURIAM.

Karen C. Charland, an employee of Mystic Lake Casino, was injured when she sustained a gunshot wound to the head while in a casino parking lot. Her employment was subsequently terminated, and she brought this action for negligence,

breach of contract, and violations of the Minnesota whistleblower act, the Americans with Disabilities Act, and Title VII. The complaint was dismissed for lack of jurisdiction, and the defendants sought Rule 11 sanctions. After a hearing, the magistrate judge recommended that the district court impose sanctions against Charland's attorney in the amount of $19,173.17 for frivolous allegations not warranted by existing law. The district court adopted the magistrate's report but imposed sanctions of $5,000. Charland argues on this appeal that the sanctions are barred by res judicata since this court did not award sanctions on an earlier appeal, that her suit was not frivolous, and that the amount of sanctions was too severe. After a careful review of the record, we affirm the judgment on the basis of the district court's opinion. *See* 8th Cir. R. 47B.